# United States Court of Appeals for the Federal Circuit

---

July 2, 2013

## ERRATA

---

Appeal No. 2012-1074

**CONVOLVE, INC.** AND
**MASSACHUSETTS INSTITUTE OF TECHNOLOGY**,
*Plaintiffs-Appellants,*

**v.**

**COMPAQ COMPUTER CORPORATION**,
*Defendant-Appellee,*

**AND**

**SEAGATE TECHNOLOGY, LLC** AND **SEAGATE
TECHNOLOGY, INC.,**
*Defendants-Appellees.*

Decided: July 1, 2013
Nonprecedential Opinion

---

Please make the following changes:

"CHRISTOPHER D. LANDGRAFF, Bartlit Beck Herman Palenchar & Scott LLP, of Chicago, Illinois, argued for defendants-appellees. With him on the brief was MARK E. FERGUSON. Of counsel was VINCENT BUCCOLA, Bartlit Beck Herman Palenchar & Scott LLP, of Chicago, Illinois; CARTER G. PHILLIPS and ROBERT N. HOCHMAN, Sidley Austin LLP, of Washington, DC; NATALIA V.

BLINKOVA and BLAIR M. JACOBS, McDermott, Will & Emery LLP, of Washington, DC." *to*

"CHRISTOPHER D. LANDGRAFF, Bartlit Beck Herman Palenchar & Scott LLP, of Chicago, Illinois, argued for defendant-appellee Compaq Computer Corporation. With him on the brief was MARK E. FERGUSON.

CARTER G. PHILLIPS, Sidley Austin LLP, of Washington, DC, argued for defendants-appellees Seagate Technology, LLC, et al. With him on the brief was ROBERT N. HOCHMAN. Of counsel on the brief were NATALIA V. BLINKOVA and BLAIR M. JACOBS, McDermott, Will & Emery LLP, of Washington, DC."